**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHANE L WEAVER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SENIOR BENEFITS, LLC; CLAYTON LEGEYT; AND JAMES SWEENEY,<br><br>Defendant. | CIVIL ACTION NO. 5:23-cv-04254 |

**AMERICAN SENIOR BENEFITS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. Rule 7.1, Defendant American Senior Benefits, LLC ("ASB") submits its Corporate Disclosure Statement as follows:

ASB is wholly owned by its sole member, Integrity Marketing Partners, LLC, a privately-owned Delaware limited liability company. No publicly held corporation owns any portion of ASB.

Dated: November 2, 2023

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Max. E. Kaplan*

Max E. Kaplan (Pa. I.D. 323140)
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665.2000
Facsimile: (215) 665.2013
mkaplan@cozen.com

*Attorneys for Defendant American Senior Benefits, LLC; Clayton Legeyt; and James Sweeney*

**CERTIFICATE OF SERVICE**

I, Max E. Kaplan, hereby certify that on November 2, 2023 I caused to be filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. I further certify that the foregoing document is being served this day on the below identified Plaintiff via transmission of the Notices of Electronic Filing generated by CM/ECF, if authorized, and by email as addressed below:

Shane L. Weaver
Shane L. Weaver & Associates
33 Robin Hood Dr.
Etters, PA 17319
commonpleas@shaneweaverlaw.com
*Counsel for Plaintiff*
*Shane Weaver*

*/s/ Max E. Kaplan*
Max E. Kaplan