**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHANE L WEAVER | : | |
| Plaintiff | : | |
| v. | : | Case No. 5:23-cv-04254-EGS |
| | : | |
| AMERICAN SENIOR BENEFITS, LLC; | : | |
| CLAYTON LEGEYT; and JAMES | : | |
| SWEENEY | : | |
| | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of his claims against Defendants, with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

*s/ Shane Weaver*
SHANE L. WEAVER
33 Robinhood Drive
Etters, PA 17319
sweaver@shaneweaverlaw.com
*Counsel for Plaintiff*

*/S/ Max E. Kaplan*
Max E. Kaplan (Pa. I.D. 323140)
Cozen O' Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(P) 215-665-2000
(F) 215-665-2013
mkaplan@cozen.com
Counsel for Defendants

Dated: February 14, 2024

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2024, a true copy of the foregoing document was served on all counsel of record by electronic service.

**SHANE WEAVER LAW, LLC**

*s/ Shane Weaver*
SHANE L. WEAVER
33 Robinhood Drive
Etters, PA 17319
sweaver@shaneweaverlaw.com
*Counsel for Plaintiff*

Dated: February 14, 2024